## UNITED STATES v. DUDLEY.

(Circuit Court of Appeals, Second Circuit. February 23, 1897.)

CUSTOMS DUTIES—CLASSIFICATION—DRESSED LUMBER.

Boards and planks of uniform length, width, and thickness, planed and matched for splines, are not dutiable as "manufactures of wood," under paragraph 181, Act 1894, but are entitled to free entry as "dressed lumber," under paragraph 676. 74 Fed. 548, affirmed.

Appeal from the Circuit Court of the United States for the District of Vermont.

This is an appeal from a decision of the circuit court, district of Vermont, reversing a decision of the board of general appraisers which affirmed a decision of the collector of customs classifying certain importations for duty under the tariff act of August 28, 1894. The articles imported were boards and planks, each piece of a specified length, width, and thickness, planed on one side, and matched or grooved for splines. The collector classified some of the importations under paragraph 181, as "manufactures of wood not specially provided for," and others under section 3, as "articles manufactured in whole or in part, not provided for in this act." The importers claimed that their importations were free from duty, under paragraph 676, as "lumber, dressed."

John H. Senter and Edward B. Whitney, for appellant.

J. P. Tucker and C. A. Prouty, for appellee.

Before LACOMBE and SHIPMAN, Circuit Judges.

PER CURIAM. Inasmuch as the judges who heard this appeal are divided in opinion, the decision of the circuit court is affirmed.